# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RODNEY F. ONEY,

    Plaintiff,

vs.

IRA HOLLINGSWORTH,

    Defendant.

Case No. 2:13-cv-00492-JAD-CWH

**ORDER**

    This is an action on an amended civil rights complaint pursuant to 42 U.S.C. § 1983 (#10). The court stayed the action to allow the parties an opportunity to settle (Doc. 11). The Attorney General has filed a status report (Doc. 16). During the stay of this action, mail from the court to plaintiff was returned with the notation that plaintiff had been discharged from prison. Plaintiff has not notified the court of his new address. The certificate of service (Doc. 17) to the status report shows that the Attorney General does not have plaintiff's new address. Plaintiff has failed to comply with local rule LSR 2-2, which requires him to promptly inform the court of any changes in address.

    **IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice for plaintiff's failure to inform the court of his current address. The clerk of the court shall enter judgment accordingly.

///

///

///

**IT IS FURTHER ORDERED** that an appeal from the judgment of this court would not be taken in good faith.

Dated: August 26, 2014.

_____
JENNIFER A. DORSEY
United States District Judge

-2-